JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BELTRAN, | CV 25-9553 PA (SSCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF HERMOSA BEACH, et al., | |
| Defendants. | |

Pursuant to the Court's February 9, 2026 Minute Order, which dismissed the federal claims and declined to exercise supplemental jurisdiction over the remaining state law claims asserted by plaintiff Karen Beltran ("Plaintiff") against defendants City of Hermosa Beach, Hermosa Beach Police Department ("HBPD") Captain Eric Cahalan, and HBPD Officers Nicholas DiGenova and Gerold Rodriguez (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants as to Plaintiff's federal claims asserted under 42 U.S.C § 1983, and that these claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims

asserted against Defendants, and that those claims are dismissed without prejudice. See 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing on her federal claims, and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: February 9, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE